**No. 09-7909. Norma Cristina Drummond de Johnson, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 919, 130 S. Ct. 3273, 176 L. Ed. 2d 1210, 2010 U.S. LEXIS 4095.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 564 F.3d 95.

**No. 09-9606. Adrian Lagunas, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

560 U.S. 910, 130 S. Ct. 3286, 176 L. Ed. 2d 1210, 2010 U.S. LEXIS 3885.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9736. Appleton Pickett, Jr., Petitioner v. Guy Hall, Superintendent, Two Rivers Correctional Facility.**

560 U.S. 912, 130 S. Ct. 3292, 176 L. Ed. 2d 1210, 2010 U.S. LEXIS 3891.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 902.

**No. 09-9943. Rohan Myers, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

560 U.S. 919, 130 S. Ct. 3310, 176 L. Ed. 2d 1210, 2010 U.S. LEXIS 4094.

May 17, 2010. Petition for writ of certiorari to the Unites States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 345 Fed. Appx. 686.

**No. 09-10234. Joachim Chibuzor Ekeagwu, Petitioner v. United States.**

560 U.S. 919, 130 S. Ct. 3308, 176 L. Ed. 2d 1210, 2010 U.S. LEXIS 4147.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 369 Fed. Appx. 252.

**No. 09-9665. In re Rogelio Reyes Cannady, Petitioner.**

560 U.S. 903, 130 S. Ct. 3290, 176 L. Ed. 2d 1210, 2010 U.S. LEXIS 4108.

May 17, 2010. Petition for writ of habeas corpus denied.

**No. 09-10298. In re Bill Marquardt, Petitioner.**

560 U.S. 903, 130 S. Ct. 3311, 176 L. Ed. 2d 1210, 2010 U.S. LEXIS 4141.

May 17, 2010. Petition for writ of habeas corpus denied.

**No. 09-1101. In re Jason F. McGee, Petitioner.**

560 U.S. 903, 130 S. Ct. 3285, 176 L. Ed. 2d 1210, 2010 U.S. LEXIS 4088.

May 17, 2010. Petition for writ of mandamus denied.